UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IRENE GUTIERREZ MEZA, individually and on behalf  :
of others similarly situated,                                                :
:
                            Plaintiff,                    :                19-cv-9746 (LJL)
:
            -v-                         :                   ORDER
:
RAINBOW CLEANERS OF NY, INC. d/b/a                       :
ECOMERIT CLEANERS, et al.,                                         :
:
                            Defendants.      :
:
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2021

LEWIS J. LIMAN, United States District Judge:

      As discussed at the April 9, 2021 status conference, the Court finds limited good cause to extend the case management plan in this case.  The deadline for the end of discovery is extended to May 9, 2021.  Defendants shall serve their requests for admission by April 16, 2021.  Each side will be permitted to take one deposition.

      If Plaintiff seeks to amend the complaint, she shall move to do so by April 13, 2021. Defendants' opposition, if any, is due April 16, 2021.  In the absence of such motion, Plaintiff will be permitted to amend the complaint solely to identify the "Johnny Doe" as Jason Chung and only if current named defendant Paul Chung testifies at deposition that Jason Chung was also an owner.

      Motions for summary judgment shall by filed by June 7, 2021.  The parties shall submit a proposed joint pretrial order by September 10, 2021.

      SO ORDERED.

Dated: April 12, 2021
       New York, New York

                                                        LEWIS J. LIMAN
                                                        United States District Judge