```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GUTIERREZ MEZA et al.,                                           :
                                                                 :
                            Plaintiffs,                          :
                                                                 :   19-cv-9746 (LJL)
          -v-                                                    :
                                                                 :   ORDER
RAINBOW CLEANERS OF NY, INC. et al.,                             :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/14/2021

LEWIS J. LIMAN, United States District Judge:

The Court issued an order on April 12, 2021, directing the parties to submit a proposed joint pretrial order by September 10, 2021.  Dkt. No. 44.  No proposed joint pretrial order was filed.  Fed. R. Civ. P. 41(b) "gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute." *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

Accordingly, Plaintiffs are directed to submit a proposed pretrial order by September 24, 2021, or to show cause why—if they do not—the case should not be dismissed for failure to prosecute.

SO ORDERED.

Dated: September 14, 2021
       New York, New York                          _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge