```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
GUTIERREZ MEZA et al.,                                             :
                                                                   :
                           Plaintiffs,                             :
                                                                   :    19-cv-9746 (LJL)
        -v-                                                        :
                                                                   :    ORDER
RAINBOW CLEANERS OF NY, INC. et al.,                               :
                                                                   :
                           Defendants.                             :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      As discussed at the October 15, 2021 conference, the deadline for submission of the joint pretrial order is extended to November 22, 2021. The final pretrial conference will be held on March 30, 2022 at 12:00PM in Courtroom 15C at the 500 Pearl Street. The trial date is set for April 4, 2022 at 9:30AM.

      Any application by counsel to withdraw should be made well in advance of the November 22, 2021 deadline for submission of the joint pretrial order.

      The Clerk of Court is respectfully directed to close Defendants' letter motion for extension of time at Dkt. No. 67.

      SO ORDERED.

Dated: October 15, 2021
       New York, New York

                                                LEWIS J. LIMAN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2021